IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MERRITT,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>                    Defendant. | **8:16CV196**<br><br>**ORDER** |

The parties' joint motion, (Filing No. 19), is granted, and the final progression order is amended as follows:

1)   The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on December 11, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on November 28, 2017 at **2:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 27, 2017.

3)   The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 31, 2017. Motions to compel Rule 33 through 36 discovery must be filed by June 14, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    June 30, 2017.

    For the defendant(s):    September 5, 2017.

5) The deposition deadline is October 31, 2017.

6) The deadline for filing motions to dismiss and motions for summary judgment is August 4, 2017.[1]

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 2, 2017.

Dated this 5th day of April, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.