IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE MERRITT,<br><br>        Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | **8:16CV196**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 8, 2018, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) A telephonic conference with the undersigned magistrate judge will be held on September 12, 2017 at 10:00 a.m. to discuss the status of case progression and potential settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 12), to participate in the call.

Dated this 20th day of April, 2017.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge