IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRUCE MERRITT,

           Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

           Defendant.

**8:16CV196**

**ORDER**

IT IS ORDERED:

1) Defendant's unopposed motion, (Filing No. 24), is granted.

2) The deadline for filing motions to dismiss and motions for summary judgment is September 12, 2017.[1]

July 29, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.