IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRUCE MERRITT, | |
|---|---|
| Plaintiff, | 8:16-CV-196 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | JUDGMENT |
| Defendant. | |

On the parties' Stipulation for Dismissal (filing 31), this action is dismissed with prejudice, each party to bear its own costs.

Dated this 7th day of November, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge